RECEIVED
IN ALEXANDRIA, LA
MAR 4 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 93-cr-20012-02 |
| VS. | : | JUDGE TRIMBLE |
| DARRYL LEVAN<br>Date of previous Judgment: 2/18/1994 | : | |

## AMENDED JUDGMENT

Upon the motion of the Court, and pursuant to 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 181 months is reduced to a sentence of **credit for time served, effective ten (10) days from the date of this Amended Judgment.**

## I. COURT DETERMINATION OF GUIDELINE RANGE (prior to any departures)

| | |
|---|---|
| Previous Offense Level: 31 | Amended Offense Level: 29 |
| Criminal History Category: VI | Criminal History Category: VI |
| Previous Guideline Range: 188 to 235 months | Amended Guideline Range: 151 to 188 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

Except as provided above, all provisions of the Judgment dated February 18, 1994 shall remain in effect.

This sentence reduction is subject to the prohibition that a reduced term of imprisonment may not be less than the term of imprisonment that the defendant has previously served. U.S.S.G.1B1.10(b)(2)(C).

**IT IS ORDERED** that the parties have ten (10) days from the date of this Order to file any objections which will be considered as contemporaneous objections for the record. In the absence of any objections, this Order will be considered final in ten (10) days from the date of this Order.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 4th day of March, 2008.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE